UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-153(01) RM |
| | ) | |
| JOSEPH E. HUNT | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 11, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 10], ACCEPTS defendant Joseph Hunt's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  January 5, 2010

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court